JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. MYERS; JEANETTE A. MYERS; and SANJEEV SUBHERWAL,<br><br>        Plaintiff,<br><br>   v.<br><br>SALAD KINGS, INCORPORATED; KEITH A. LAWSON; GREG ROBERTS; AND DOES 1 through 10,<br><br>        Defendants. | Case No. EDCV 08-1071-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: January 2, 2009

                                  VIRGINIA A. PHILLIPS
                                United States District Judge