JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. MYERS, et al., | Case No. EDCV 08-1071-VAP (OPx) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| SALAD KINGS, INCORPORATED, et al., | |
| Defendants. | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiffs' Complaint is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.


Dated: May 27, 2010

_____
VIRGINIA A. PHILLIPS
United States District Judge