**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. MYERS; JEANETTE A. MYERS; and SANJEEV SUBHERWAL,<br><br>    Plaintiff,<br><br>    v.<br><br>SALAD KINGS, INCORPORATED; KEITH A. LAWSON; GREG ROBERTS; AND DOES 1 through 10,<br><br>    Defendants. | Case No. EDCV 08-1071-VAP (OPx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed October 1, 2010, IT IS ORDERED AND ADJUDGED that Judgment is entered in favor of Plaintiffs Michael B. Myers, Jeanette A. Myers, and Sanjeev Suberwal (collectively, "Plaintiffs") against Defendants Salad Kings, Inc., Keith A. Lawson, and Greg Roberts (collectively, "Defendants") on the following claims:

1        (1) Plaintiffs' claim for sale of unregistered
2            franchises in violation of Cal. Corp. Code §
3            31110;
4        (2) Plaintiffs' claim for sale of unregistered
5            franchise by means of untrue statements in
6            violation of Cal. Corp. Code §§ 31000, 31301,
7            and 31302;
8        (3) Plaintiffs' claim for negligent
9            misrepresentation; and
10       (4) Plaintiffs' claim for breach of contract.

    Defendants are ordered to pay $144.00 in copying costs to all Plaintiffs, and $103,600.00 in damages on the above-listed claims to Plaintiffs Michael B. Myers and Jeanette A. Myers.

    Plaintiffs' claim for fraud is DISMISSED WITHOUT PREJUDICE.  Plaintiffs' claim for untrue statements and omissions of material facts by franchisor in disclosure documents is DISMISSED WITH PREJUDICE.

Dated: <u>January 28, 2011</u>                    _____
                                    VIRGINIA A. PHILLIPS
                                    United States District Judge